[No. 15590-1-III.    Division Three.    April 8, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. GUILLERMO
CABRASCO MEDRANO, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50155-1, Dennis D. Yule, J., entered February 20, 1996. *Reversed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 14771-1-III.    Division Three.    April 10, 1997.]

DONOVAN H. GERARD, ET AL., *Appellants*, v. SACRED
HEART MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-00342-5, Kathleen M. O'Conner, J., entered March 3, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ. Now published at 86 Wn. App. 387.

[No. 15292-8-III.    Division Three.    April 10, 1997.]

MICHAEL H. SWAIN, *Respondent*, v. JAMES M.
McNERNEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ferry County, No. 94-2-00121-7, Fred L. Stewart, J., entered October 18, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 19281-1-II.    Division Two.    April 11, 1997.]

STEPHEN A. PLUNKETT, ET AL., *Respondents*, v.
ROBERT LEE CISSNA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-00236-4, Gordon Godfrey, J., entered February 27, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.